USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ROBERT MIRENDA,

        Plaintiff,

   -against-

MDV REALTY; FRED TANG,

        Defendants.
--------------------------------------------------------X

**CIVIL JUDGMENT**

07 Civ. 11549 (KMW)

On December 26, 2007, the Court granted plaintiff sixty (60) days to file an amended complaint. As plaintiff has failed to submit the amended complaint as specified it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

**SO ORDERED.**

_____
KIMBA M. WOOD
Chief Judge

Dated: MAR 1 7 2008
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.